UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
Marina Iskhakova, individually and on behalf of all others similarly situated,

                         Plaintiff,

-v.-

H Mart Companies, Inc.

                         Defendant.
---------------------------------------------------------------------------x

Civil Action No:
1:22-cv-1357

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 9, 2022

| For Plaintiff Marina Iskhakova | For Defendant H Mart Companies, Inc. |
|---|---|
| /s/ Mark Rozenberg<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | /s/ Jason Mattar<br>Jason Mattar<br>Jackson Lewis P.C.<br>44 S Broadway Ste 14th floor<br>White Plains, NY 10601<br>Ph: (914) 872-6915<br>Jason.Mattar@jacksonlewis.com |

## CERTIFICATE OF SERVICE

I certify that on November 9, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             */s/Mark Rozenberg*
                                             Mark Rozenberg
                                             **Stein Saks, PLLC**
                                             One University Plaza
                                             Hackensack, NJ 07601
                                             *Attorneys for Plaintiff*